# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| HARVEY JERRELS, | CASE NO. C11-5712 BHS-KLS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

On September 12, 2011, Plaintiff Harvey Jerrels requested that the Honorable Karen L. Strombom, United States Magistrate Judge, recuse herself from these proceedings. Dkt. No. 6. His Declaration of Prejudice stated that he "believed[d] Magistrate Judge Karen L. Strombom is prejudice[d] towards pro se litigants and I feel that I will not be giving [*sic*] a proper hearing in this matter if she is to preside over this case." Pursuant to Local General Rule 8(c), Judge Strombom reviewed plaintiff's motion, declined to recuse herself voluntarily, and referred the matter to the undersigned. Dkt. No 7. Plaintiff's motion is therefore ripe for review by this Court.

| | |
|---|---|
| 1 | Having reviewed the record in the above-captioned matter, the Court finds no reason to |
| 2 | question Judge Strombom's assertion that she "has no personal bias or reason to be partial to one |
| 3 | side or the other in this matter." Id., p. 3. Although it is this Court's duty to review Plaintiff's |
| 4 | request on the merits, his failure to state any grounds for his assertion of prejudice leaves the |
| 5 | Court with nothing to review beyond Judge Strombom's declaration of impartiality. |
| 6 | There being no evidence of bias or prejudice, plaintiff's request to remove Judge |
| 7 | Strombom from this matter is DENIED. |

The clerk is ordered to provide copies of this order to all counsel.

Dated this _6th_ day of October, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge