UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARVEY JERRELS,

                Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS, BELINDA STEWART, PAT GLEBE, CATHY M. BAUM, ARNP, and CHARLES JONES,

                Defendants.

No. C11-5712 BHS/KLS

ORDER GRANTING LEAVE TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion for Leave to Amend Complaint. ECF No. 20. Plaintiff seeks leave to amend to add three additional defendants, John David Kenney, Steven G. Hammond, and William Rollins. Defendants do not object to the amendment. ECF No. 21.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to file an Amended Complaint (ECF No. 20) is **GRANTED.** The Clerk shall docket the proposed Amended Complaint found at ECF No. 20-1 as Plaintiff's Amended Complaint.

(2) Plaintiff shall provide copies of his Amended Complaint and addresses for the newly named Defendants so that the Court may direct service of the Amended Complaint on the newly named Defendants. Plaintiff shall provide the service copies and addresses **on or before May 4, 2012.**

(3) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this _13th_ day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1