# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HARVEY JERRELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS, BELINDA STEWART, PAT GLEBE, CATHY M BAUM, CHARLES JONES, JOHN DAVID KENNEY, STEVEN G HAMMOND, WILLIAM ROLLINS,<br><br>　　　　Defendants. | CASE NO. C11-05712 BHS/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

　　Before the Court is Plaintiff's Motion for Extension of Time. ECF No. 31. Plaintiff requests an extension, until September 7, 2012, to respond to Defendants' Motion for Summary Judgment (ECF No. 28) noted for July 6, 2012. Defendants have agreed to strike their motion and re-note it for September 7, 2012. ECF No. 32.

　　Accordingly, it is **ORDERED:**

　　(1)　Plaintiff's Motion for Extension of Time (ECF No. 31) is **GRANTED.**

　　(2)　The Clerk shall strike the noting date of Defendants' Motion for Summary Judgment (ECF No. 28) and re-note the motion for **September 7, 2012.**

　　DATED this 20th day of July, 2012.

　　　　　　　　　　　　　　　　　s/Karen L. Strombom
　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　United States Magistrate Judge